UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                        PLAINTIFF

v.                                      CASE NO. 2:23-CR-20002-001

RICHARD HOLLOWAY                                                                DEFENDANT

## ORDER

The Court ADOPTS the report and recommendation (Doc. 21) entered in this case and accepts Defendant's plea of guilty to Count XX of the indictment. The Defendant is hereby adjudged GUILTY of the offense.

IT IS SO ORDERED this 21st day of March, 2023.

/s/ P. K. Holmes III
P.K. HOLMES III
U.S. DISTRICT JUDGE